IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TEN NAILS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, <br><br> Defendant. | 2:23-CV-165-Z-BR |

## NOTICE

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice ("Joint Stipulation") (ECF No. 16), filed on April 4, 2024. A plaintiff may dismiss an action without a court order by filing "a stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii). Accordingly, the Court finds that these claims were dismissed "upon the filing of the [S]tipulation" on April 4, 2024. *Emerson v. City of Richardson, Texas*, No. 3:23-CV-399-S-BN, 2023 WL 6149198, at *1 (N.D. Tex. Sept. 20, 2023). And because the Joint Stipulation concerns all remaining claims in this case, the Court **DIRECTS** the Clerk to **CLOSE** the above-styled case.

The Court issues notice accordingly.

April 5, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE